Filer's Name, Address, Phone, Fax, Email:

WAGNER CHOI & VERBRUGGE
CHUCK C. CHOI
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Facsimile: (808) 566-6900
Email: cchoi@hibklaw.com
Counsel to Debtor and Debtor-in-Possession



UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hib_9006-1 (12/09)

| | | |
|---|---|---|
| *Debtor:* JAXA HOLDINGS LLC, a Hawaii limited partnership | | *Case No.:* **09-02660** |
| *Joint Debtor:*  (if any) | | *Chapter:* **11** |
| *[If Adversary Proceeding, complete information below. Use "et al" if multiple parties.]*  Plaintiff(s):  vs.  Defendant(s): | | *Adversary Proceeding No.:* |

### MOTION TO ENLARGE OR SHORTEN TIME

| | | |
|---|---|---|
| *Matter to Be heard:* | Debtor's Motion to Dismiss Chapter 11 Case (the "Motion") | *Related Dkt No.: (if already filed)* **7** |

| | |
|---|---|
| *Moving Party:* | JAXA HOLDINGS LLC ("Debtor") |

The undersigned hereby moves under Fed. R. Bankr P. 9006(c) to reduce the time required:

[✓] To set the matter for hearing, or    [ ] To provide notice of hearing already scheduled.

| | |
|---|---|
| Proposed Hearing Date and Time: | March 15, 2010 at 2:00 p.m. |
| Proposed Deadline for Response(s): | March 8, 2010 |
| Proposed Deadline for Reply: | March 11, 2010 |

### DECLARATION IN SUPPORT OF MOTION

*[State: (1) the reasons for shortening time, (2) the parties with which the moving party has spoken or attempted to speak concerning the motion, (3) the positions on the motion taken by such parties, and (4) to whom, how, and when notice will be given. Attach additional sheets as necessary.]* The undersigned declares as follows:

I am counsel for the Debtor. The Motion seeks an order dismissing the Debtor's chapter 11 case which has been pending since November 15, 2009. The Debtor filed for bankruptcy protection after creditor Robert Patey obtained a favorable state court ruling in a fraudulent transfer lawsuit. The Debtor has now reached a settlement with Patey that calls for, among other things, the dismissal of the bankruptcy and the sale of the Debtor's property in Molokai by March 31, 2010.

The Debtor requests the Motion be set for March 15, 2010 at 2:00 p.m., the same time as a Status Conference in this case. I have spoken to counsel for the U.S. Trustee and Ronald Kotoshirodo, the Chapter 7 trustee of the James Lull bankruptcy estate who has asserted a claim against the Debtor. Counsel consents to the proposed hearing date and briefing schedule.

Dated: <u>February 19, 2010</u>      /s/ Chuck C. Choi

                                           Signature             (Print name also if original signature)